■ PATRICIA HERNANDEZ, Appellant, v LUNA BROTHERS, INC., et al., Respondents. [679 NYS2d 817] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on or about July 3, 1997, which granted defendants' motion to vacate a default judgment in plaintiff's favor, unanimously affirmed, without costs.

Since defendants adequately demonstrated that there was a reasonable excuse for their default, and that they have a meritorious defense, the judgment entered upon their default was properly vacated (*see, Murphy v D. V. Waste Control Corp.*, 124 AD2d 573). Concur—Ellerin, J. P., Williams, Mazzarelli and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVAN PITT, Appellant. [679 NYS2d 817] —Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered December 4, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a determinate term of 4 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*People v Prochilo*, 41 NY2d 759, 761), and will not be disturbed by this Court. Concur—Nardelli, J. P., Rubin, Tom and Andrias, JJ.